UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GILBERT GOJARA,

Defendant.

**ORDER**

26 Cr. __ (PGG)

26 Mag. 1589

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for August 13, 2026, at 11:00 a.m., is adjourned to **August 13, 2026, at 2:30 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 13, 2026

SO ORDERED

Paul G. Gardephe
United States District Judge